**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEIZAR AHKEIMH,<br>Petitioner,<br>v.<br>KRISTI NOEM, et al.,<br>Respondents. | Case No. 5:26-cv-05308-ODW-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party filed objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the Petition;

(2) a writ of habeas corpus be issued requiring Petitioner Neizar Ahkeimh's (A# 246-923-126) immediate release and prohibiting his re-detention unless Respondents show changed circumstances that his removal is reasonably foreseeable; and

(3) Respondents are required to file a status report within three (3) days confirming that Petitioner has been released from Respondents' custody consistent with this order.

Dated: September 23, 2026

HON. OTIS D. WRIGHT II
SENIOR U.S. DISTRICT JUDGE