JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIZAR AHKEIMH,<br>Petitioner,<br>v.<br>KRISTI NOEM, et al.,<br>Respondent. | Case No. 5:26-cv-05308-ODW-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

DATE: September 23, 2026

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE